United States District Court
Southern District of Texas
**ENTERED**
March 12, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **GURDEEP SINGH,** § | |
| Petitioner, § | |
| § | |
| V. § | **CIVIL ACTION NO. 5:26-CV-00356** |
| § | |
| **ORLANDO PEREZ,** *et al.*, § | |
| Respondents. § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1).

The Court's review of the petition indicates that Petitioner received a bond hearing in immigration court and challenges the determination of the Immigration Judge. In order to assess its jurisdiction to review Petitioner's claims, the Court must determine whether judicial review of bond decisions is barred by statute. 8 U.S.C. § 1226(e) provides that:

> The [Department of Homeland Security's] discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the [Department of Homeland Security] under this section regarding the detention of any alien or the revocation or denial of bond or parole.

Based on this statute, the Court is inclined to find that Petitioner's bond determination is not reviewable by this Court, and without additional briefing as to jurisdiction, may dismiss the petition for lack of jurisdiction.

The Court **ORDERS** Petitioner to file supplemental briefing on jurisdiction **by March 19, 2026**.

It is so **ORDERED**.

**SIGNED** on March 12, 2026.

_____
John A. Kazen
United States District Judge