United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GURDEEP SINGH,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00356** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| **Respondents** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion for Summary Judgment, (Dkt. No. 7).

Petitioner asserts that "[his] detention has occurred without adequate procedural protections, without access to a meaningful avenue to seek release, and without safeguards that ensure his continued confinement is justified." (Dkt. No. 12 at 2).

Accordingly, the Court **ORDERS** Petitioner to file supplemental briefing **by May 14, 2026,** explaining how his bond hearing was constitutionally inadequate and providing legal authority to support his argument. Respondents are **ORDERED** to respond to his arguments **by May 21, 2026**.

It is so **ORDERED**.

**SIGNED** on May 7, 2026.

_____
John A. Kazen
United States District Judge